# IN THE UNITED STATES DISTRICT COURT
# for the EASTERN DISTRICT OF TEXAS
# Tyler Division

| | |
|---|---|
| SAMUEL JIMISON, ) | |
| ) | |
| PLAINTIFF ) | Case No. 6:22-CV-00123-JDK |
| ) | |
| vs. ) | |
| ) | |
| EAST TEXAS COUNCIL ON ALCHOLISM ) | |
| ) | |
| AND DRUG ABUSE, ) | |
| ) | |
| DEFENDANT. ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Comes now Samuel Jimison, Plaintiff in the above-styled matter, by and through his undersigned counsel, and files this, his Notice of Settlement. This matter has settled in all respects, and Plaintiff therefore respectfully requests that this Court dismiss this action. Plaintiff further requests that, in said dismissal, this Court expressly retains jurisdiction to interpret and enforce the terms of the settlement agreement.

This 18th day of July, 2022.

by: WILLIAMS LEGAL GROUP, LLC

_/s/ Raqketa Williams_

Raqketa D. Williams, Esq.
Texas Bar No. 2409337
Georgia Bar No. 591631
180 Interstate N Pkwy, Suite 510
Atlanta, GA 30339
raqketa@williams-legal-group.com
Phone: 770.575.0187
Fax: 762.212.4954
ATTORNEY FOR PLAINTIFF

**Certificate of Service**

I hereby certify that a true and correct copy of Plaintiff's Notice of Settlement was forwarded to all known parties and/or their counsel, if known, in accordance with applicable rules of civil procedure.

This 18th day of July, 2022.

by: WILLIAMS LEGAL GROUP, LLC

_____

Raqketa D. Williams, Esq.
Texas Bar No. 2409337
Georgia Bar No. 591631
180 Interstate N Pkwy, Suite 510
Atlanta, GA 30339
raqkteta@williams-legal-group.com
Phone: 770.575.0187
Fax: 762.212.4954
ATTORNEY FOR PLAINTIFF